VIOLET BENDER, Plaintiff, v. ROY BATTAMS, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARGARET E. CHURCHILL, Plaintiff, v. ROY BATTAMS, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

RAYMOND T. CHURCHILL, Plaintiff, v. ROY BATTAMS, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WILLIAM J. BENDER, Plaintiff, v. ROY BATTAMS, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

PHILINDA E. SAFFOLD, Respondent, v. ROSE E. FELLOWS, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

PHILINDA E. SAFFOLD, Respondent, v. ROSE E. FELLOWS, as Executrix, etc., of PERRY E. FELLOWS, Deceased, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

CHARLES W. DAVIS, Plaintiff, v. WILLIAMSVILLE PROPERTIES, INC., Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ALBERT F. WILL, Plaintiff, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JAMES V. MURPHY, Respondent, v. UNION INDEMNITY COMPANY, Appellant. (Action No. 3.)— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Application of MARY F. COBB for the Construction of the Last Will and Testament of JOHN B. WEBER, Deceased.— Appeal dismissed, without costs, upon stipulation filed and separate undertakings to perfect appeal canceled. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JAMES W. WADSWORTH, SR., WILLIAM L. S. OLMSTED and JAMES W. WADSWORTH, JR., as Trustees, etc., Plaintiffs, v. THE PENNSYLVANIA RAILROAD COMPANY, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Application of LOUIS HORWITZ and Others, Petitioners, for a Peremptory Mandamus Order against LAWRENCE J. SCHWAB, as Building Commissioner of the City of Buffalo, N. Y., and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

FRANK X. SCHWAB, Plaintiff, v. ROSS GRAVES, as Councilman, etc., and Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed as to the defendants, respondents, Hiler Engineering and Construction Co., Inc., Barbara Nehrbass, individually and as executor, Charlotte Nehrbass, Fredericka Nehrbass Schultz, Wilhelmina C. L. Nehrbass, Margaret Nehrbass Straus, Frederick Nehrbass, Charles Nehrbass and Etta Nehrbass, Albert F. Kraus and Louisa Kraus. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.